UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61607-CIV-ZLOCH

INTERMARINE, INC.,

    Plaintiff,

vs.                                                            **O R D E R**

THOMAS BAKER, <u>in personam</u>,
LINDA BAKER, <u>in personam</u>,
SUN BENGAL, O/N 1117103,
all her rigging, tackle,
apparel, furniture, engines,
nets, fishing gear, and
all other necessaries
thereunto appertaining and
belonging, <u>in rem</u>,

    Defendants.
_____/

BANK OF AMERICA, N.A.

    Intervening Plaintiff,

vs.

THOMAS BAKER, <u>in personam</u>,
LINDA BAKER, <u>in personam</u>,
SUN BENGAL, O/N 1117103,
all her rigging, tackle,
apparel, furniture, engines,
nets, fishing gear, and
all other necessaries
thereunto appertaining and
belonging, <u>in rem</u>,

    Defendants.
_____/

    THIS MATTER is before the Court upon Intervening Plaintiff Bank of America's Unopposed Motion For Leave To Conduct Survey On M/V Sun Bengal (70). The Court has carefully reviewed said Motion

and the entire court file and is otherwise fully advised in the premises.

On or about July 2, 2008, a fire occurred on board the M/V Sun Bengal. Bank of America therefore seeks to conduct a survey to determine the cause of the fire.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Intervening Plaintiff Bank of America's Unopposed Motion For Leave To Conduct Survey On M/V Sun Bengal (70) be and the same is hereby **GRANTED**; and

2. By noon on Monday, September 22, 2008, Richard Peterson, C.F.I., C.F.E.I., 3340 N.W. 53rd St. Suite 402, Fort Lauderdale, FL 33309, shall be permitted access to the M/V Sun Bengal for the purpose of conducting a survey to determine the cause of the fire on the vessel, at a time and date agreed upon by Mr. Peterson and the substitute custodian, Intermarine, Inc.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    8th    day of September, 2008.

　　　　　　　　　　　　　　　　　　　／s／ William J. Zloch
　　　　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished:

All Counsel of Record